# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

*COPY*  *ADR*  *E-FILING*

AuthenTec, Inc., a Delaware corporation,

v.

Atrua Technologies, Inc., a California corporation.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08 01423 HRL

TO: (Name and address of defendant)

Atrua Technologies, Inc.
1696 Dell Avenue
Campbell, CA 95008

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Henry C. Bunsow
Denise M. De Mory
HOWREY LLP
525 Market Street, Suite #3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE March 12, 2008

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK