1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Plaintiff
   AUTHENTEC, INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11  AuthenTec, Inc., a Delaware corporation,          Case No. C 08-1423 HRL

12         Plaintiff,                                 **CERTIFICATE OF SERVICE OF SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CASE SCHEDULE-ADR MULTI-OPTION PROGRAM**

13         vs.

14  Atrua Technologies, Inc., a California
    corporation,
15                                                    Judge: Hon. Harold R. Lloyd, Magistrate Judge
           Defendant.
16

17
18
19
20
21
22
23
24
25
26
27
28

Case No. C 08-1423 HRL
CERTIFICATE OF SERVICE OF SUMMONS &
COMPLAINT
DM_US:21113456_1

HOWREY LLP

DENISE M. DEMORY (SBN 168076)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, CA 94105
Telephone: (415) 848-4900
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : AUTHEN TEC, INC.

Defendant : ATRUA TECHNOLOGIES, INC.

Ref#: 232996      *     **PROOF OF SERVICE**     Case No.: C08-01423 HRL

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL CASE; COMPLAINT FOR PATENT INFRINGEMENT; CASE SCHEDULE-ADR MULTI-OPTION PROGRAM

in the within action by personally delivering true copies thereof to the person named below, as follows:

      Party served     : ARTRUA TECHNOLOGIES, INC.

      By serving       : Connie Ng, Authorized Agent

      Address          : Artrua Technologies, Inc.
                           1696 Dell Avenue
                            Campbell, CA

      Date of Service: March 24, 2008

      Time of Service: 1:15 PM

Person who served papers:
JENNIFER MARTINEZ
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $180.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 945
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 25, 2008                    Signature_____