| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
| | bunsowh@howrey.com |
| 2 | Denise M. De Mory (SBN 168076) |
| | demoryd@howrey.com |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Attorneys for Plaintiff |
| | AUTHENTEC, INC. |
| 7 | |
| | J. JAMES LI (SBN 202855) |
| 8 | lij@gtlaw.com |
| | DAVID J. PEREZ (SBN 238136) |
| 9 | perezd@gtlaw.com |
| | GREENBERG TRAURIG, LLP |
| 10 | 1900 University Avenue, Fifth Floor |
| | East Palo Alto, California 94303 |
| 11 | Telephone: (650) 328-8500 |
| | Facsimile: (650) 328-8508 |
| 12 | |
| | MARK L. HOGGE |
| 13 | (*Pro Hac Vice* to be filed) |
| | hoggem@gtlaw.com |
| 14 | SHAILENDRA K. MAHESHWARI |
| | (*Pro Hac Vice* to be filed) |
| 15 | maheshwaris@gtlaw.com |
| 16 | GREENBERG TRAURIG, LLP |
| | 2101 L Street, N. W., Suite 1000 |
| 17 | Washington, D.C. 20037 |
| | Telephone: (202) 331-3100 |
| 18 | Facsimile: (202) 331-3101 |
| 19 | |
| | Attorneys for Defendant |
| 20 | ATRUA TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 23 | AuthenTec, Inc., a Delaware corporation, | Case No. C 08-1423 HRL |
| 24 | Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT ATRUA TECHNOLOGIES,** |
| 25 | vs. | **INC. TO ANSWER THE COMPLAINT** |
| 26 | Atrua Technologies, Inc., a California | Judge: Hon. Harold R. Lloyd, Magistrate Judge |
| 27 | corporation, | |
| 28 | Defendant. | |

**HOWREY LLP**

Case No. C 08-1423 HRL
STIPULATION EXTENDING TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT
DM_US:21143439_1

1   IT IS HEREBY STIPULATED by and between plaintiff AuthenTec, Inc., ("AuthenTec") and
2 defendant Atrua Technologies, Inc. ("Atrua") shall have an additional thirty days to answer
3 AuthenTec's Complaint for Patent Infringement filed on March 12, 2008 and served on March 24,
4 2008.

5   IT IS SO STIPULATED.

6 Dated: April 9, 2008                    HOWREY LLP

8                                         By:    */s/Denise M. De Mory*
9                                                Denise M. De Mory
                                                 Attorneys for Plaintiff
10                                               AUTHENTEC, INC.

11 Dated: April 9, 2008                   GREENBERG TAURIG, LLP

14                                        By:    */s/J. James Li*
                                                 J. James Li
                                                 Attorneys for Defendant
15                                               ATRUA TECHNOLOGIES, INC.

**HOWREY LLP**

Case No. C 08-1423 HRL                   -2-
STIPULATION EXTENDING TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT
DM_US:21143439_1

## CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Howrey LLP, counsel for plaintiff AuthenTec, Inc.. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on April 9, 2008.

*/s/Denise M. De Mory*
Denise M. De Mory

HOWREY LLP

Case No. C 08-1423 HRL
STIPULATION EXTENDING TIME FOR DEFENDANT TO
ANSWER THE COMPLAINT
DM_US:21143439_1

-3-