1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Plaintiff
   AUTHENTEC, INC.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11 | AuthenTec, Inc., a Delaware corporation, | Case No. C 08-1423 HRL |
|---|---|
12 | Plaintiff, | **CERTIFICATE OF SERVICE OF FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT** |
13 | vs. | |
14 | Atrua Technologies, Inc., a California corporation, | Judge: Hon. Harold R. Lloyd, Magistrate Judge |
15 | | |
16 | Defendant. | |

HOWREY LLP

Case No. C 08-1423 HRL
PLEADING TITLE

DM_US:21191332_1

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )  ss.:
COUNTY OF SAN FRANCISCO  )

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

      On April 25, 2008, I served on the interested parties in said action the within:

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

      by placing a true copy thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited with Federal Express at San Francisco, California.

| | |
|---|---|
| J. James Li, Esq.<br>lij@gtlaw.com<br>David J. Perez, Esq.<br>perezd@gtlaw.com<br>Greenberg Traurig, LLP<br>1900 University Avenue, 5th Floor<br>East Palo Alto, CA 94303 | Mark L. Hogge, Esq.<br>hoggem@gtlaw.com<br>Shailendra K. Maheshwari, Esq.<br>haheshwaris@gtlaw.com<br>Greenberg Traurig, LLP<br>2101 L Street, N.W., Suite 1000<br>Washington, DC 20037 |
| Facsimile No.: (650) 328-8508 | Facsimile No.: (202) 331-3101 |

[X] (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on April 25, 2008, at San Francisco, California.

| | |
|---|---|
| Peter L. Kasenenko<br>(Type or print name) | *[signature]*<br>(Signature) |