MARK L. HOGGE
(*Pro Hac Vice* Pending)
hoggem@gtlaw.com
SHAILENDRA K. MAHESHWARI
(*Pro Hac Vice* Pending)
maheshwaris@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N. W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

J. JAMES LI (SBN 202855)
lij@gtlaw.com
DAVID J. PEREZ (SBN 238136)
perezdj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant,
ATRUA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Defendant. | Case No. C08-01423 HRL<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ATRUA TECHNOLOGIES, INC.** |

- 1 -
NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ATRUA TECHNOLOGIES, INC.
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)

1  Defendant Atrua Technologies, Inc. files this Notice of Appearance, and hereby notifies the
2  Court and all parties of record that attorneys Mark L. Hogge and Shailendra K. Maheshwari, of the
3  law firm of Greenberg Traurig, LLP, 2101 L Street, N.W., Suite 1000, Washington, D.C., 20037, and
4  J. James Li and David Perez, of the law firm of Greenberg Traurig, LLP, 1900 University Avenue,
5  Fifth Floor, East Palo Alto, CA, 94303, are appearing as counsel for Atrua Technologies, Inc. for the
6  purpose of receiving notices and orders from the Court.

Dated: May 6, 2008                              GREENBERG TRAURIG, LLP

                                                By: /s/_____
                                                    J. JAMES LI

                                                Attorneys for Defendant
                                                Atrua Technologies, Inc.

NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT ATRUA TECHNOLOGIES, INC.
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)