UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTHENTEC, INC., a Delaware Corporation,

        Plaintiff(s),

v.

ATRUA TECHNOLOGIES, INC., a California Corporation

        Defendant(s).

No. C 08-01423 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 6, 2008

Signature: [signed]

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")