*Fee Paid*

```
                                          FILED
                                      2008 MAY -6  P 2: 10
                                       RICHARD W. WIEKING
                                             CLERK
                                       U.S. DISTRICT COURT
                                       NO. DIST. OF CA. S.J.
```

1  MARK L. HOGGE (*Pro Hac Vice*)
   GREENBERG TRAURIG, LLP
2  2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037
3  Telephone: (202) 331-3100
   Facsimile: (202) 331-3101
4  Email: hoggem@gtlaw.com

5  J. JAMES LI (SBN 202855)
   DAVID PEREZ (SBN 238036)
6  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
7  East Palo Alto, California 94303
   Telephone: (650) 328-8500
8  Facsimile: (650) 328-8508
   Email: lij@gtlaw.com
9
   Attorneys for Defendant,
10 ATRUA TECHNOLOGIES, INC.

11                 UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14 AUTHENTEC, INC., a Delaware Corporation,    No. __C08-01423 HRL__

15              Plaintiff,                     APPLICATION FOR ADMISSION OF
   vs.                                         MARK L. HOGGE *PRO HAC VICE*
16
   ATRUA TECHNOLOGIES, INC., a California
17 Corporation
                                               **BY FAX**
18              Defendant(s).

19

20      Pursuant to Civil L.R. 11-3, Mark L. Hogge, an active member in good standing of the bars

21 of the District of Columbia and Virginia, hereby applies for admission to practice in the Northern

22 District of California on a *pro hac vice* basis representing ATRUA TECHNOLOGIES, INC. in the

23 above-entitled action.

24      In support of this application, I certify on oath that:

25      1.   I am an active member in good standing of a United States Court or of the highest

26           court of another State or the District of Columbia, as indicated above;

27 ///

28 ///

-1-

APPLICATION FOR ADMISSION OF MARK L. HOGGE *PRO HAC VICE*
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and the Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

J. JAMES LI (SBN 202855)

GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
(650) 328-8500

Dated: May 2, 2008

_____
MARK L. HOGGE

AuthenTec, Inc., v. Atrua Technologies, Inc.                                    Case No. C08 01423 (HRL)

## PROOF OF SERVICE

I, Rita Atie, declare that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. I am an employee of GREENBERG TRAURIG, LLP, and my business address is 1900 University Avenue, Fifth Floor, East Palo Alto, CA 94303. On May 6, 2008, I served the following documents:

**APPLICATION FOR ADMISSION OF MARK L. HOGGE *PRO HAC VICE*; AND [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MARK L. HOGGE *PRO HAC VICE***

☐ by transmitting via **FACSIMILE** the document(s) listed above to the fax numbers) set forth below, or as stated on the attached service list, on this date at approximately _____, from the sending facsimile machine telephone number of 650-289-7893. The transmission was reported as complete and without error by the machine. Pursuant to California Rules of Court, Rule 2008(e)(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original of this declaration. The transmission report was properly issued by the transmitting facsimile machine.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the **UNITED STATES MAIL** at East Palo Alto, California, addressed as set forth below.

☐ **(BY MESSENGER PERSONAL SERVICE).** I caused delivery of such envelope by hand via courier service to the offices of the addressee.

| Henry C. Bunsow, Esq.<br>Denise M. De Mory, Esq.<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, California 94105<br>Fax: (415) 848-4999 | Elizabeth Hoult Fontaine, Esq.<br>HOWREY LLP<br>4 Park Plaza, Suite 1700<br>Irvine, California 92614<br>Fax: (949) 721-6910 |
|---|---|

I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service/Express Mail, Federal Express and other overnight mail services. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at East Palo Alto, California, in the ordinary course of such business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 6, 2008, at East Palo Alto, California.

_____
Rita Atie

1
Proof of Service