7

1  SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
   GREENBERG TRAURIG, LLP
2  2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037
3  Telephone: (202) 331-3100
   Facsimile: (202) 331-3101
4  Email: maheshwaris@gtlaw.com

5  J. JAMES LI (SBN 202855)
   DAVID PEREZ (SBN 238136)
6  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
7  East Palo Alto, California  94303
   Telephone: (650) 328-8500
8  Facsimile: (650) 328-8508
   Email: lij@gtlaw.com
9
   Attorneys for Defendant,
10 ATRUA TECHNOLOGIES, INC.

RECEIVED

2008 MAY -6  PM 2: 11

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN JOSE DIVISION

| | |
|---|---|
| 14  AUTHENTEC, INC., a Delaware Corporation, | No. ___C08-01423 HRL_____ |
| 15                    Plaintiff, | (PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF |
| 16  vs. | SHAILENDRA K. MAHESHWARI *PRO HAC VICE* |
| 17  ATRUA TECHNOLOGIES, INC., a California Corporation | |
| 18                    Defendant(s). | **BY FAX** |
| 19 | |

20        SHAILENDRA K. MAHESHWARI, an active member in good standing of the bars of the

21  District of Columbia, New York and New Jersey, whose business address and telephone number is

22  2101 L Street, N.W., Suite 1000, Washington, D.C. 20037, (202) 331-3100, having applied in the

23  above-entitled action for admission to practice in the Northern District of California on a *pro hac*

24  *vice* basis, representing ATRUA TECHNOLOGIES, INC.,

25  ///

26  ///

27  ///

28  ///

- 1 -

(PROPOSED) ORDER GRANTING APP. FOR ADMISSION OF SHAILENDRA K. MAHESHWARI *PRO HAC VICE*
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

3  *vice*. Service of papers upon and communication with co-counsel designated in the application will

4  constitute notice to the party. All future filings in this action are subject to the requirements

5  contained in General Order No. 45, *Electronic Case Filing*.

6

7  Dated:

8                                            _____

                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

(PROPOSED) ORDER GRANTING APP. FOR ADMISSION OF SHAILENDRA K. MAHESHWARI *PRO HAC VICE*
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)