1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Plaintiff
   AuthenTec, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AuthenTec, Inc., a Delaware corporation, | Case No. 5:08-CV-1423 HRL |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE OF DENISE M. DE MORY** |
| v. | |
| Atrua Technologies, Inc., a California corporation, | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the undersigned attorney, Denise M. De Mory, a member of the bar of this Court, enters her appearance in the above-captioned action as counsel for plaintiff, AUTHENTEC, INC., and respectfully requests service of pleadings, motions, and other papers filed in this action and any orders and notices from this Court:

> Denise M. De Mory (SBN 168076)
> HOWREY LLP
> 525 Market Street, Suite 3600
> San Francisco, CA 94105
> Telephone: (415) 848-4900
> Facsimile: (415) 848-4999
> e-mail: demoryd@howrey.com

-1-

Case No. 5:08-CV-1423 HRL
NOTICE OF APPEARANCE OF DENISE M. DE MORY

DM_US:21210151_1

| | | |
|---|---|---|
| 1 | Dated: May 6, 2008 | Respectfully submitted, |
| 2 | | HOWREY LLP |
| 4 | | By:  /s/Denise M. De Mory |
| 5 | | Denise M. De Mory |
| | | Attorneys for Plaintiff |
| 6 | | AUTHENTEC, INC. |

-2-

Case No. 5:08-CV-1423 HRL
NOTICE OF APPEARANCE OF DENISE M. DE MORY
DM_US:21210151_1