UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Authen Tec, Inc., a Delaware corporation., <br><br> Plaintiff, <br><br> v. <br><br> Atrua Technologies, Inc., a California corporation, <br><br> Defendant. | No. C08-01423 <br><br> **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for July 1, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: May 7, 2008               RICHARD W. WIEKING,
                                 United States District Court

                                  */s/ Patty Cromwell*
                                 By: Patty Cromwell
                                 Courtroom Deputy Clerk to
                                 Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Henry C. Bunsow    bunsowh@howrey.com, lim@howrey.com
5  Denise M. De Mory    demoryd@howrey.com, kasenenkop@howrey.com
6  Elizabeth Hoult Fontaine    fontainee@howrey.com, ramirezg@howrey.com
7  J. James Li    lij@gtlaw.com, atier@gtlaw.com, perezdj@gtlaw.com

**United States District Court**
For the Northern District of California