COPY

1  MARK L. HOGGE (*Pro Hac Vice*)
   GREENBERG TRAURIG, LLP
2  2101 L Street, N.W., Suite 1000
   Washington, D.C. 20037
3  Telephone: (202) 331-3100
   Facsimile: (202) 331-3101
4  Email: hoggem@gtlaw.com

5  J. JAMES LI (SBN 202855)
   DAVID PEREZ (SBN 238136)
6  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
7  East Palo Alto, California 94303
   Telephone: (650) 328-8500
8  Facsimile: (650) 328-8508
   Email: lij@gtlaw.com
9
   Attorneys for Defendant,
10 ATRUA TECHNOLOGIES, INC.

RECEIVED
2008 MAY -6 PM 2: 10
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                     SAN JOSE DIVISION

14 | AUTHENTEC, INC., a Delaware Corporation, | No. ___C08-01423 HRL___

15 |                   Plaintiff,             | (PROPOSED) ORDER GRANTING
   | vs.                                       | APPLICATION FOR ADMISSION OF
16 |                                           | MARK L. HOGGE *PRO HAC VICE*
   | ATRUA TECHNOLOGIES, INC., a California
17 | Corporation
   |
18 |                   Defendant(s).          | **BY FAX**

19

20    MARK L. HOGGE, an active member in good standing of the bars of the District of

21 Columbia and Virginia, whose business address and telephone number is 2101 L Street, N.W., Suite

22 1000, Washington, D.C. 20037, (202) 331-3100, having applied in the above-entitled action for

23 admission to practice in the Northern District of California on a *pro hac vice* basis, representing

24 ATRUA TECHNOLOGIES, INC.,

25 ///
26 ///
27 ///
28 ///

1        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*. Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party. All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

7  Dated:     May 9, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 2 -
(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF MARK L. HOGGE *PRO HAC VICE*
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)