```
 1  SHAILENDRA K. MAHESHWARI (Pro Hac Vice)
    GREENBERG TRAURIG, LLP
 2  2101 L Street, N.W., Suite 1000
    Washington, D.C. 20037
 3  Telephone:  (202) 331-3100
    Facsimile:  (202) 331-3101
 4  Email: maheshwaris@gtlaw.com

 5  J. JAMES LI (SBN 202855)
    DAVID PEREZ (SBN 238136)
 6  GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
 7  East Palo Alto, California  94303
    Telephone: (650) 328-8500
 8  Facsimile:  (650) 328-8508
    Email: lij@gtlaw.com
 9
    Attorneys for Defendant,
10  ATRUA TECHNOLOGIES, INC.
```

RECEIVED
2008 MAY -6 PM 2: 11
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff,<br>vs.<br>ATRUA TECHNOLOGIES, INC., a California Corporation<br><br>Defendant(s). | No. ___C08-01423 HRL___<br><br>~~(PROPOSED)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF SHAILENDRA K. MAHESHWARI *PRO HAC VICE*<br><br>**BY FAX** |

SHAILENDRA K. MAHESHWARI, an active member in good standing of the bars of the District of Columbia, New York and New Jersey, whose business address and telephone number is 2101 L Street, N.W., Suite 1000, Washington, D.C. 20037, (202) 331-3100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing ATRUA TECHNOLOGIES, INC.,

///
///
///
///

(PROPOSED) ORDER GRANTING APP. FOR ADMISSION OF SHAILENDRA K. MAHESHWARI *PRO HAC VICE*
*AuthenTec, Inc. v. Atrua Technologies, Inc.*, Case No. C08-01423 (HRL)

1  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*
3  *vice*.  Service of papers upon and communication with co-counsel designated in the application will
4  constitute notice to the party.  All future filings in this action are subject to the requirements
5  contained in General Order No. 45, *Electronic Case Filing*.

Dated:  May 9, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton