1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Elizabeth Hoult Fontaine (SBN 207557)
   fontainee@howrey.com
7  HOWREY LLP
   4 Park Plaza, Suite 1700
8  Irvine, California 92614
   Telephone: (949) 721-6900
9  Facsimile: (949) 721-6910

10 Attorneys for Plaintiff
   AUTHENTEC, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>　　　　Defendant. | Case No. C 08-1423 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE FROM JULY 3, 2008 TO JULY 10, 2008**<br><br>Judge:　Hon. Phyllis J. Hamilton<br>Date:　July 3, 2008<br>Time:　2:30 p.m.<br>Ctrm:　Courtroom 3, 17th Floor |

20    1.    This Court's May 8, 2008 Order Setting Case Management Conference (Dkt. No. 18)

21 scheduled an initial Case Management Conference for July 3, 2008 in the above-entitled action.

22    2.    Pursuant to Civil Local Rule 6-2, the parties agree to continue the Case Management

23 Conference in the above-entitled action one week to July 10, 2008 at 2:30 p.m. due to a scheduling

24 conflict.

25    3.    The only time modification made thus far in the case was a stipulation between the

26 parties extending for 30 days the time for Defendant Atrua Technologies, Inc. to answer Plaintiff

27 AuthenTec, Inc.'s complaint. No other time modifications have been made, and the continuance of the

28 Case Management Conference for one week will not adversely affect the schedule for the case.

HOWREY LLP

Case No. C 08-1423 PJH
STIPULATION & [PROPOSED] ORDER CONTINUING CMC
DM_US:21249129_1

1  DATED: June 6, 2008            Respectfully submitted,

2                                 HOWREY LLP

4                                 By: */s/ Denise M. De Mory*
                                        Denise M. De Mory

5                                 Attorneys for Plaintiff
6                                 AUTHENTEC, INC.

7  DATED: June 6, 2008            GREENBERG TRAURIG LLP

9                                 By:   */s/ J. James Li*
                                            J. James Li
10                                Attorneys for Defendant
                                  ATRUA TECHNOLOGIES, INC.

14        PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: _____, 2008

18                                                Hon. Phyllis J. Hamilton
                                                  United States District Court Judge

**HOWREY LLP**

-2-

Case No. C 08-1423 PJH
STIPULATION & [PROPOSED] ORDER CONTINUING CMC
DM_US:21249129_1

1  **CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL RULE NO. 45,**
2  **SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

3  1.  I am an attorney licensed to practice law in the state of California, and am an attorney in the law firm of Howrey LLP, counsel for plaintiff AuthenTec, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

6  2.  The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on June 6, 2008.

*/s/ Denise M. De Mory*
Denise M. De Mory

**HOWREY LLP**

-3-

Case No. C 08-1423 PJH
STIPULATION & [PROPOSED] ORDER CONTINUING CMC
DM_US:21249129_1