1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## Northern District of California

10   Authen Tec, Inc.,                                  08-01423 PJH

11              Plaintiff(s),                 **NOTICE RE: NONCOMPLIANCE
                                              WITH COURT ORDER**
12       v.

13   Atrua Technologies, Inc.,

14              Defendant(s).

15

16       The parties have failed to file an ADR Certification and either a Stipulation and

17   [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

18   Conference as required by the Initial Case Management Scheduling Order.  Counsel

19   shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

20   matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

21   an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

22   **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

23   ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

24   at www.adr.cand.uscourts.gov.)

25

26       Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

27   copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

28   (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

*United States District Court*
*Northern District of California*

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2  to an e-mail directed to adr@cand.uscourts.gov.

3

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if

5  required, to occur before the Case Management Conference.

6

7

8  Dated: June 25, 2008

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:    Timothy J. Smagacz

11                                             _Timothy Smagacz_

12                                             _____
                                               ADR Administrative Assistant
13                                             415-522-4205
                                               Tim_Smagacz@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

PROOF OF SERVICE

Case Name:        Authen Tec, Inc. v. Atrua Technologies, Inc.

Case Number:      08-01423 PJH

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On June 25, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Henry C. Bunsow
> Howrey LLP
> 525 Market Street
> Suite 3600
> San Francisco, CA 94105
> bunsowh@howrey.com
>
> Elizabeth Hoult Fontaine
> Howrey LLP
> 4 Park Plaza
> Suite 1700
> Irvine, CA 92614-8200
> fontainee@howrey.com
>
> Denise M. De Mory
> Howrey LLP
> 525 Market Street
> Suite 3600
> San Francisco, CA 94105
> demoryd@howrey.com

J. James Li
Greenberg Traurig, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
lij@gtlaw.com

Mark L Hogge
Greenberg Traurig, LLP
2101 L Street, NW
Suie 1000
Washington, DC 20037
hoggem@gtlaw.com

Shailendra K Maheshwari
Greenberg Traurig, LLP
2101 L Street NW
Suite 1000
Washington, DC 20037
maheshwaris@gtlaw.com

David Joseph Perez
Greenberg Traurig LLP
1900 University Avenue
Fifth Floor
East Palo Alto, CA 94303
perezdj@gtlaw.com

Authen Tec, Inc.

'

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov