1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California  94105
   Telephone:  (415) 848-4900
5  Facsimile:  (415) 848-4999

6  Elizabeth Hoult Fontaine (SBN 207557)
   fontainee@howrey.com
7  HOWREY LLP
   4 Park Plaza, Suite 1700
8  Irvine, California  92614
   Telephone:  (949) 721-6900
9  Facsimile:  (949) 721-6910

10 Attorneys for Plaintiff
   AUTHENTEC, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

| AuthenTec, Inc., a Delaware corporation, | Case No. C 08-1423-PJH |
|---|---|
| Plaintiff, | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| vs. | Judge:  Hon. Phyllis J. Hamilton |
| Atrua Technologies, Inc., a California corporation, | |
| Defendant. | |

21      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he
22 or she has:
23      (1)   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*
24 *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov.
25      (2)   Discussed the available dispute resolution options provided by the Court and private
26 entities; and
27 / / / / / /
28 / / / / / /

HOWREY LLP

Case No.  C 08-1423 PJH
ADR CERTIFICATION BY PARTIES AND COUNSEL
DM_US:21311582_1

-2-

1     (3)    Consider whether this case might benefit from any of the available dispute resolution
2 options.

3 Dated: June 25, 2008

                                        Frederick Jorgenson, Vice President, General
                                        Counsel and Secretary, AuthenTec, Inc.

7 Dated: June 25, 2008

                                        Denise M. De Mory
                                        Attorney for AuthenTec, Inc.

HOWREY LLP

Case No. C 08-1423 PJH
ADR CERTIFICATION BY PARTIES AND COUNSEL
DM_US:21311582_1