| | |
|---|---|
| 1  Henry C. Bunsow (SBN 60707) | Elizabeth Hoult Fontaine (SBN 207557) |
|    bunsowh@howrey.com | fontainee@howrey.com |
| 2  Denise M. De Mory (SBN 168076) | HOWREY LLP |
|    demoryd@howrey.com | 4 Park Plaza, Suite 1700 |
| 3  Brian A.E. Smith (SBN 188147) | Irvine, California  92614 |
|    smithbrian@howrey.com | Telephone:  (949) 721-6900 |
| 4  HOWREY LLP | Facsimile:  (949) 721-6910 |
|    525 Market Street, Suite 3600 | |
| 5  San Francisco, California  94105 | |
|    Telephone:  (415) 848-4900 | |
| 6  Facsimile:  (415) 848-4999 | |

7  Attorneys for Plaintiff
   AUTHENTEC, INC.

| | |
|---|---|
| 9  J. JAMES LI (SBN 202855) | MARK L. HOGGE |
|    lij@gtlaw.com | (Admitted *Pro Hac Vice*) |
|    DAVID J. PEREZ (SBN 238136) | hoggem@gtlaw.com |
| 10 perezd@gtlaw.com | SHAILENDRA K. MAHESHWARI |
|    GREENBERG TRAURIG, LLP | (Admitted *Pro Hac Vice*) |
| 11 1900 University Avenue, Fifth Floor | maheshwaris@gtlaw.com |
|    East Palo Alto, California  94303 | GREENBERG TRAURIG, LLP |
| 12 Telephone: (650) 328-8500 | 2101 L Street, N. W., Suite 1000 |
|    Facsimile: (650) 328-8508 | Washington, D.C. 20037 |
| 13 | Telephone: (202) 331-3100 |
|    Attorneys for Defendant | Facsimile:  (202) 331-3101 |
| 14 ATRUA TECHNOLOGIES, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation, | Case No. C 08-1423 PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS** |
| vs. | Judge:  Hon. Phyllis J. Hamilton |
| Atrua Technologies, Inc., a California corporation, | |
| Defendant. | |

Pursuant to Civil Local Rule 16 and ADR Local Rule 3,

IT IS HEREBY STIPULATED by and between plaintiff AuthenTec, Inc., ("AuthenTec") and defendant Atrua Technologies, Inc. ("Atrua") that the parties to this action hereby select and stipulate to mediation as the selected ADR process in this case.

/ / / / / /

1  IT IS SO STIPULATED.

2  Dated: June 26, 2008           HOWREY LLP

4                                 By:    */s/Denise M. De Mory*
5                                        Denise M. De Mory
                                         Attorneys for Plaintiff
6                                        AUTHENTEC, INC.

7  Dated: June 26, 2008           GREENBERG TAURIG, LLP

9                                 By:    */s/Shailendra K. Maheshwari*
10                                       Shailendra K. Maheshwari
                                         Attorneys for Defendant
11                                       ATRUA TECHNOLOGIES, INC.

12  **IT IS SO ORDERED.**

13  Dated: 6/27/08

15                                       _____
                                         Hon. Phyllis J. Hamilton
16  MEDIATION SHALL BE COMPLETED         United States District Judge, Northern District
    WITHIN 90 DAYS.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**HOWREY LLP**

Case No. C 08-1423 PJH                              -2-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR
PROCESS
DM_US:21311587_1

**CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Howrey LLP, counsel for plaintiff AuthenTec, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on June 26, 2008.

                                                */s/Denise M. De Mory*
                                               Denise M. De Mory