UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

**Date:** July 10, 2008                        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1423 PJH

**Case Name:** Authen Tec, Inc. v. Atrua Technologies, Inc.

**Attorney(s) for Plaintiff:** Denise DeMory
**Attorney(s) for Defendant:** Mark Hogge, James Li

**Deputy Clerk**: Frank Justiliano          **Court Reporter**: None

**PROCEEDINGS**

**Initial Case Management Conference-Held.**

**The Court will schedule Plaintiff's claim construction first. Plaintiff to determine election of family by Monday, August 14, 2008 by submitting a letter to the Court and opposing counsel.**

**Demonstrative slides due: 3/18/2009**

**Tutorial Hearing: 3/20/2009 at 9:00 a.m.**

**Markman Hearing: 4/1/2009 at 9:00 a.m.**

**The Court adopts the proposed schedule submitted by the parties. Another CMC to be held after the markman ruling.**

**Order to be prepared by:** [] Pl [] Def [] Court

**Notes:**

**cc: file**