1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Authen Tec, Inc., | 08-01423 PJH MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Atrua Technologies, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Karen Boyd**
Axiom
405 Howard St., Suite 650
San Francisco, CA 94105
415-343-3606
kboyd@axiomlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01423 PJH MED                            - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 18, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01423 PJH MED                           - 2 -