Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise M. De Mory (SBN 168076)
demoryd@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Elizabeth Hoult Fontaine (SBN 207557)
fontainee@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

Attorneys for Plaintiff
AUTHENTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C 08-1423-PJH<br><br>**DECLARATION OF ELIZABETH FONTAINE IN SUPPORT OF AUTHENTEC'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Date: September 3, 2008<br>Time: 9:00 a.m.<br>Ctrm: Courtroom 3, 17th Floor |

1   I, Elizabeth Fontaine, declare as follows:

2   1.   I am an attorney at law duly admitted to practice in the State of California, as well as
3   before the United States Patent and Trademark Office.  I am an associate at the law firm of Howrey
4   LLP, counsel for AuthenTec, Inc. ("AuthenTec") in this action.  Unless indicated otherwise, I have
5   personal knowledge of the facts set forth in this Declaration.

6   2.   Attached as Exhibit A is a true and correct copy of an July 29, 2008 email from James Li,
7   counsel for Atrua, which states that "Atrua does not oppose [] AuthenTec's filing of the second
8   amended complaint."

9   I declare under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct.

11  Executed this 30th day of July 2008, at Irvine, California.

13                                       */s/  Elizabeth Hoult Fontaine*
                                         Elizabeth Hoult Fontaine

**HOWREY LLP**

Case No.  C 08-1423 PJH                    -1-
FONTAINE DECL. IN SUPPORT OF AUTHENTEC'S
UNOPPOSED MTN
DM_US:21373039_1

# EXHIBIT A

## Fontaine, Elizabeth

**From:** lij@gtlaw.com
**Sent:** Tuesday, July 29, 2008 11:55 AM
**To:** DeMory, Denise; hoggem@gtlaw.com; MaheshwariS@gtlaw.com
**Cc:** Fontaine, Elizabeth; Greinert, Matthew
**Subject:** RE: Atrua - Second Amended Complaint for Patent Infringement.doc

Denise:

Atrua does not oppose to AuthenTec's filing of the second amended complaint as attached to your email. But we do reserve all rights to dismiss any or all claims in the amended complaint.

As we understand it, regardless of whether we stipulate or not, AuthenTec still needs to ask the court for leave to file this amended complaint. So, to save us some trouble, can you just file an unopposed motion for leave to amend where you may represent to the court that Atrua does not oppose to your filing the amended complaint? This way, we don't need to go through the trouble of revising the stipulation.

Regards,

Jim

---

**From:** DeMory, Denise [mailto:DeMoryD@howrey.com]
**Sent:** Thursday, July 24, 2008 11:13 PM
**To:** Li, James (Shld-SV-IP/Tech); Hogge, Mark L. (Shld-DC-IP/Tech/LT); Maheshwari, Shailendra (Assoc-DC-IP/Tech)
**Cc:** Fontaine, Elizabeth; Greinert, Matthew
**Subject:** Atrua - Second Amended Complaint for Patent Infringement.doc

Jim,

Here is a revised draft second amended complaint. As we agreed, please let us know on Tuesday whether or not you will stipulate to the filing of the attached second amended complaint.

Regards,

Denise

<<Atrua - Second Amended Complaint for Patent Infringement.pdf>>

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you. We take steps to remove metadata in attachments sent by email, and any

remaining metadata should be presumed inadvertent and should not be viewed or used without our expre permission. If you receive an attachment containing metadata, please notify the sender immediately and replacement will be provided. Howrey LLP consists of two separate limited liability partnerships, one formed in the United States (Howrey US) and one formed in the United Kingdom (Howrey UK). Howre registered in England and Wales under number OC311537 and regulated by the Solicitors Regulation A1 (http://www.sra.org.uk/code-of-conduct.page). Howrey's London and Paris offices are operated as part c Howrey UK. A list of the partners of Howrey UK is available for inspection at its registered office: 22 Tudor Street, London EC4Y 0AY. A consolidated list of all Howrey US and Howrey UK attorneys and jurisdictions where they are authorized to practice and/or are registered can be obtained by contacting emailrequest@howrey.com.

---

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to postmaster@gtlaw.com.

7/30/2008