1  Henry C. Bunsow (SBN 60707)
   bunsowh@howrey.com
2  Denise M. De Mory (SBN 168076)
   demoryd@howrey.com
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Elizabeth Hoult Fontaine (SBN 207557)
   fontainee@howrey.com
7  HOWREY LLP
   4 Park Plaza, Suite 1700
8  Irvine, California 92614
   Telephone: (949) 721-6900
9  Facsimile: (949) 721-6910

10 Attorneys for Plaintiff
   AUTHENTEC, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14

| AuthenTec, Inc., a Delaware corporation, | Case No. C 08-1423-PJH |
|---|---|
| Plaintiff, | **AUTHENTEC'S WITHDRAWAL OF ITS UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| vs. | |
| Atrua Technologies, Inc., a California corporation, | Judge: Hon. Phyllis J. Hamilton |
| Defendant. | Date: September 3, 2008<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 17th Floor |
| AND RELATED COUNTERCLAIMS | |

On July 29, 2008, Atrua Technologies, Inc. ("Atrua") informed AuthenTec, Inc. ("AuthenTec") that it did not oppose AuthenTec's motion for leave to file its second amended complaint. Atrua insisted, however, that AuthenTec file its documents as an unopposed motion rather than a stipulation, which AuthenTec had sought. On July 30, 2008, as AuthenTec was e-filing its unopposed motion and supporting documents, Atrua informed AuthenTec that Atrua agreed to the stipulation. AuthenTec then filed the stipulation and related documents. Because the short stipulation places a much lesser burden on the Court's resources and time than the unopposed motion, AuthenTec respectfully requests

HOWREY LLP

Case No. C 08-1423 PJH
NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION
FOR LEAVE TO FILE 2ND AMENDED COMPLAINT
DM_US:21374022_1

1  that the Court withdraw the unopposed motion and all related documents and consider instead the

2  stipulation and related documents.

3  Dated:  July 31, 2008                                              HOWREY LLP

By:     */s/ Denise M. De Mory*
Denise M. De Mory
Attorneys for Plaintiff
AUTHENTEC, INC.

HOWREY LLP

Case No.  C 08-1423 PJH                                              -2-
NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION
FOR LEAVE TO FILE 2ND AMENDED COMPLAINT
DM_US:21374022_1