J. JAMES LI (SBN 202855)
lij@gtlaw.com
DAVID J. PEREZ (SBN 238136)
perezdj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

MARK L. HOGGE (*Pro Hac Vice*)
hoggem@gtlaw.com
SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
maheshwaris@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N. W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

Attorneys for Defendant and Counterclaimant,
ATRUA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Defendant. | Case No. C08-01423 PJH<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER AND TO COMPEL PRODUCTION OF SOURCE CODE** |
| ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware Corporation,<br><br>CounterDefandant. | |

Upon consideration of all papers filed and all arguments presented with respect to Defendant and Counterclaimant Atrua Technologies, Inc.'s ("Atrua") Motion for Entry of Protective Order and to Compel Production of Source Code ("Atrua's Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Atrua's Motion is hereby GRANTED;

2. The [Proposed] Protective Order attached as Exhibit "C" to paragraph 27 of the Declaration of J. James Li in support of Atrua's Motion shall be filed by the Court; and

3. The Parties shall exchange their source codes pursuant to the terms of the Protective Order within 10 days of this order, and will conduct all further discovery pursuant to the terms of the Protective Order.

**IT IS SO ORDERED.**

Dated: _____          _____
                                UNITED STATES DISTRICT JUDGE