J. JAMES LI (SBN 202855)
lij@gtlaw.com
DAVID J. PEREZ (SBN 238136)
perezdj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

MARK L. HOGGE (*Pro Hac Vice*)
hoggem@gtlaw.com
SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
maheshwaris@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N. W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101

Attorneys for Defendant and Counterclaimant,
ATRUA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Defendant.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware Corporation,<br><br>CounterDefendant. | Case No. C08-01423 PJH<br><br>[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ENTRY OF PROTECTIVE ORDER AND TO COMPEL PRODUCTION OF SOURCE CODE |

Upon consideration of all papers filed and all arguments presented with respect to Atrua's Motion for Order Shortening Time for Hearing on Atrua's Motion for Entry of Protective Order and to Compel Production of Source Code, and good cause appearing,

IT IS HEREBY ORDERED:

1. Atrua's Motion for Order Shortening Time is hereby GRANTED;
2. The hearing on Atrua's Motion for Entry of Protective Order and to Compel Production of Source Code, shall be held on September 10, 2008;
3. Authentec's Opposition, if any, shall be filed no later than August 29, 2008; and
4. Atrua's Reply, if any, shall be filed no later than September 3, 2008.

**IT IS SO ORDERED.**

DATED: _____     _____
                            JUDGE OF THE UNITED STATES DISTRICT COURT