```
 1  J. JAMES LI (SBN 202855)
    lij@gtlaw.com
 2  DAVID J. PEREZ (SBN 238136)
    perezdj@gtlaw.com
 3  GREENBERG TRAURIG, LLP
    1900 University Avenue, Fifth Floor
 4  East Palo Alto, California 94303
    Telephone: (650) 328-8500
 5  Facsimile: (650) 328-8508

 6  MARK L. HOGGE (Pro Hac Vice)
    hoggem@gtlaw.com
 7  SHAILENDRA K. MAHESHWARI (Pro Hac Vice)
    maheshwaris@gtlaw.com
 8  GREENBERG TRAURIG, LLP
    2101 L Street, N. W., Suite 1000
 9  Washington, D.C. 20037
    Telephone: (202) 331-3100
10  Facsimile: (202) 331-3101

11  Attorneys for Defendant and Counterclaimant,
    ATRUA TECHNOLOGIES, INC.
12
```

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Defendant. | Case No. C08-01423 PJH<br><br>***AMENDED*** [PROPOSED] ORDER GRANTING MOTION FOR ENTRY OF PROTECTIVE ORDER AND TO COMPEL PRODUCTION OF SOURCE CODE |
| ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware Corporation,<br><br>CounterDefendant. | |

Upon consideration of all papers filed and all arguments presented with respect to Defendant and Counterclaimant Atrua Technologies, Inc.'s ("Atrua") Motion for Entry of Protective Order and to Compel Production of Source Code ("Atrua's Motion"), and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Atrua's Motion is hereby GRANTED;

2. The [Proposed] Protective Order, filed by Atrua concurrently herewith, shall be entered and filed by the Court; and

3. The Parties shall exchange their source codes pursuant to the terms of the Protective Order within 10 days of this order, and will conduct all further discovery pursuant to the terms of the Protective Order.

**IT IS SO ORDERED.**

Dated: _____        _____
UNITED STATES DISTRICT JUDGE