| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 60707) |
|   | bunsowh@howrey.com |
| 2 | Denise M. De Mory (SBN 168076) |
|   | demoryd@howrey.com |
| 3 | Matthew F. Greinert (SBN 239492) |
|   | greinertm@howrey.com |
| 4 | HOWREY LLP |
|   | 525 Market Street, Suite 3600 |
| 5 | San Francisco California 94105 |
|   | Telephone: (415) 848-4900 |
| 6 | Facsimile: (415) 848-4999 |
| 7 | Elizabeth Hoult Fontaine (SBN 207557) |
|   | fontainee@howrey.com |
| 8 | HOWREY LLP |
|   | 4 Park Plaza, Suite 1700 |
| 9 | Irvine, California 92614 |
|   | Telephone: (949) 721-6900 |
| 10 | Facsimile: (949) 721-6910 |
| 11 | Attorneys for Plaintiff |
|    | AuthenTec, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation, | Case No. 3:08-CV-1423 PJH |
| Plaintiff, | **NOTICE OF APPEARANCE OF MATTHEW F. GREINERT** |
| v. | |
| Atrua Technologies, Inc., a California corporation, | |
| Defendant. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that the undersigned attorney, Matthew F. Greinert, a member of the bar of this Court, enters his appearance in the above-captioned action as counsel for plaintiff, AUTHENTEC, INC., and respectfully requests service of pleadings, motions, and other papers filed in this action and any orders and notices from this Court as set forth below:

| | |
|---|---|
| 1 | Matthew F. Greinert (SBN 239492) |
| 2 | HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105 |
| 3 | Telephone:  (415) 848-4900<br>Facsimile:   (415) 848-4999 |
| 4 | e-mail:  greinertm@howrey.com |

Dated:  August 22, 2008    Respectfully submitted,

HOWREY LLP


By:    /s/Matthew F. Greinert
         Matthew F. Greinert
Attorneys for Plaintiff
AUTHENTEC, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOWREY LLP

Case No.  3:08-CV-1423 PJH
NOTICE OF APPEARANCE OF MATTHEW F. GREINERT

-2-

DM_US:21279095_1