UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTHEN TEC, INC.,

      Plaintiff,

      v.

ATRUA TECHNOLOGIES, INC.,

      Defendant.
_____/

No. C 08-1423 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of Atrua Technologies, Inc.'s Motion For Entry of Protective Order and to Compel Production of Source Code, and for all further discovery.

      The parties will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED.**

Dated: August 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge