UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:08-CV-1423 PJH<br><br>[PROPOSED] ORDER DENYING DEFENDANT ATRUA TECHNOLOGIES, INC.'S MOTION FOR ORDER SHORTENING TIME FOR HEARING ON ATRUA'S MOTION FOR ENTRY OF PROTECTIVE ORDER ~~AND MOTION~~ TO COMPEL PRODUCTION OF SOURCE CODE, ~~AND DENYING DEFENDANT ATRUA TECHNOLOGIES, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER AND MOTION TO COMPEL PRODUCTION OF SOURCE CODE~~<br><br>Referral<br>Judge: ~~Hon. Phyllis J. Hamilton~~ WFB<br>Date: ~~October 1, 2008~~ September 30, 2008<br>Requested Date: ~~September 10, 2008~~<br>Time: ~~9:00 a.m.~~ 1:30 p.m.<br>Ctrm: ~~Courtroom 3, 17th Floor~~ Court 4, 3rd floor Oakland, CA |

Case No. 3:08-CV-1423 PJH
[PROPOSED] ORDER DENYING MTN TO SHORTEN
TIME FOR HEARING AND MTN TO COMPEL

DM_US:21419719_1

HOWREY LLP

1  This matter comes before the Court on the Motion of Defendant Atrua Technologies, Inc.
2  ("Atrua") to Shorten Time for Hearing on Motion for Entry of Protective Order and to Compel
3  Production of Source Code. The Court, having reviewed and considered the parties' respective
4  briefing and arguments in this matter and all relevant factual statements therein, hereby:
5  DENIES Atrua's Motion to Shorten Time for Hearing on Motion for Entry of Protective Order
6  and to Compel Production of Source Code.
7  ~~DENIES Atrua's Motion for Entry of Protective Order and to Compel Production of Source~~
8  ~~Code.~~ Atrua's Motion will be heard by Magistrate Judge Wayne D. Brazil on September 30, 2008, at 1:30 p.m., in Courtroom 4, 3rd Floor, 1301 Clay Street, Oakland, California.

9  IT IS SO ORDERED

11  DATED: 9/5/08

_____
Wayne D. Brazil
United States Magistrate Judge

Case No. 3:08-CV-1423 PJH                    -1-
[PROPOSED] ORDER DENYING MTN TO SHORTEN
TIME FOR HEARING AND MTN TO COMPEL
DM_US:21419719_1