Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise M. De Mory (SBN 168076)
demoryd@howrey.com
Matthew F. Greinert (SBN 239492)
greinertm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Elizabeth Hoult Fontaine (SBN 207557)
fontainee@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California  92614
Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910

Attorneys for Plaintiff
AUTHENTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:08-CV-1423 PJH (WDB)<br><br>**STIPULATION EXTENDING PRELIMINARY CLAIM CONSTRUCTION SCHEDULE**<br><br>Judge:   Hon. Phyllis J. Hamilton |

　　　　The parties hereby submit this Stipulation Extending Preliminary Claim Construction Schedule, which does not impact the dates of any Court filings or events.  The parties agree on an extension of three dates related to preliminary claim construction events to allow the parties sufficient time to review documents in advance of various deadlines.  In view of the foregoing,

　　　　IT IS HEREBY STIPULATED by and between Plaintiff AuthenTec, Inc. and Defendant Atrua Technologies, Inc. that the schedule is modified as follows:

HOWREY LLP

Case No.  C 08-1423 PJH (WDB)
STIPULATION EXTENDING PRELIMINARY CLAIM
CONSTRUCTION SCHEDULE
DM_US:21522015_1

| Event | Prior Schedule | Modified Schedule |
|---|---|---|
| Date for exchange of identification of 10 terms for construction. | October 15, 2008 | October 29, 2008 |
| Last date for meeting and conferring on the list of 10 claim terms and date for a final list of 10 claim terms. | October 22, 2008 | November 12, 2008 |
| Exchange of preliminary claim constructions and the disclosure of intent to rely on expert testimony for claim construction. | November 11, 2008 | December 3, 2008 |

The foregoing schedule modifications will not affect any other dates set forth in the Joint Case Management Conference Statement and Order filed July 11, 2008 (Dkt. No. 31).

Dated:  October 7, 2008               Respectfully submitted,

                                      HOWREY LLP



                                      By:        /s/ Denise M. De Mory
                                                 Denise M. De Mory
                                           Attorneys for Plaintiff
                                           AUTHENTEC, INC.

Dated:  October 7, 2008               GREENBERG TRAURIG



                                      By:        /s/ J. James Li
                                                 J. James Li
                                           Attorneys for Defendant
                                           ATRUA TECHNOLOGIES, INC.


                                      10/21/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA