| | |
|---|---|
| Henry C. Bunsow (SBN 60707) | Elizabeth Hoult Fontaine (SBN 207557) |
| bunsowh@howrey.com | fontainee@howrey.com |
| Denise M. De Mory (SBN 168076) | HOWREY LLP |
| demoryd@howrey.com | 4 Park Plaza, Suite 1700 |
| Brian A.E. Smith (SBN 188147) | Irvine, California  92614 |
| smithbrian@howrey.com | Telephone:  (949) 721-6900 |
| HOWREY LLP | Facsimile:  (949) 721-6910 |
| 525 Market Street, Suite 3600 | |
| San Francisco, California  94105 | |
| Telephone: (415) 848-4900 | |
| Facsimile:  (415) 848-4999 | |

Attorneys for Plaintiff
AUTHENTEC, INC.

| | |
|---|---|
| J. JAMES LI (SBN 202855) | MARK L. HOGGE |
| lij@gtlaw.com | (Admitted *Pro Hac Vice*) |
| DAVID J. PEREZ (SBN 238136) | hoggem@gtlaw.com |
| perezd@gtlaw.com | SHAILENDRA K. MAHESHWARI |
| GREENBERG TRAURIG, LLP | (Admitted *Pro Hac Vice*) |
| 1900 University Avenue, Fifth Floor | maheshwaris@gtlaw.com |
| East Palo Alto, California  94303 | GREENBERG TRAURIG, LLP |
| Telephone: (650) 328-8500 | 2101 L Street, N. W., Suite 1000 |
| Facsimile: (650) 328-8508 | Washington, D.C. 20037 |
| | Telephone: (202) 331-3100 |
| | Facsimile:  (202) 331-3101 |

Attorneys for Defendant
ATRUA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:08-cv-1423 PJH (WDB)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME TO CONDUCT MEDIATION**<br><br>Judge:   Hon. Phyllis J. Hamilton |

It is hereby stipulated by and between AuthenTec, Inc. and Atrua Technologies, Inc. that the mediation in this case shall take place on December 10, 2008.  This case was referred to ADR on June 28, 2008.  Karen Boyd was appointed as mediator by Order dated July 18, 2008.  Thus, pursuant

HOWREY LLP

Case No.  3:08-cv-1423 PJH (WDB)
STIPULATION AND [PROPOSED ORDER] REGARDING
EXTENSION OF TIME TO CONDUCT MEDIATION
DM_US:21530642_1

1  to ADR Local Rule, the deadline to complete mediation September 28, 2008.  The parties held a

2  scheduling conference with Mediator Boyd on August 5, 2008.  The parties agreed to set the mediation

3  date for late October based on the anticipated status of the case at that date.  The case, however, has

4  progressed more slowly than anticipated when the mediation was originally scheduled, and the parties

5  have agreed to postpone the mediation by approximately six weeks.

6      It is hereby stipulated that the mediation shall take place on December 10, 2008.

7      IT IS SO STIPULATED.

8  Dated:  October 13, 2008    HOWREY LLP

10     By:   */s/Denise M. De Mory*
11     Denise M. De Mory
    Attorneys for Plaintiff
12     AUTHENTEC, INC.

13 Dated:  October 13, 2008    GREENBERG TAURIG, LLP

15     By:   */s/J. James Li*
16     J. James Li
    Attorneys for Defendant
17     ATRUA TECHNOLOGIES, INC.

19     PURSUANT TO STIPULATION, IT IS SO ORDERED.

21 Dated: October  21 , 2008

22     Judge,

*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / United States District Court, Northern District of California]*

HOWREY LLP

Case No.  3:08-cv-1423 PJH (WDB)    -2-
STIPULATION AND [PROPOSED ORDER] REGARDING
EXTENSION OF TIME TO CONDUCT MEDIATION
DM_US:21530642_1


**<u>CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES</u>**

1.    I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Howrey LLP, counsel for plaintiff AuthenTec, Inc.  The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2.    The above e-filed document contains multiple signatures.  I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court.  Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on October 13, 2008.

                                                      */s/Denise M. De Mory*
                                                       Denise M. De Mory

HOWREY LLP

Case No.  3:08-cv-1423 PJH (WDB)    -3-
STIPULATION AND [PROPOSED ORDER] REGARDING
EXTENSION OF TIME TO CONDUCT MEDIATION
DM_US:21530642_1