UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>　　　　Defendant. | Case No. 3:08-CV-1423 PJH (WDB)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE**<br><br>Judge:   Hon. Phyllis J. Hamilton |
| AND RELATED COUNTERCLAIMS | |

　　　The parties hereby submit this Stipulation Extending the Claim Construction Briefing Schedule in light of Atrua's filing of its Motion for Temporary Restraining Order and For Preliminary Injunction.

　　　IT IS HEREBY STIPULATED by and between Plaintiff AuthenTec, Inc. and Defendant Atrua Technologies, Inc. that the schedule is modified as follows:

| **Event** | **Prior Schedule** | **Modified Schedule** |
|---|---|---|
| Date for Plaintiff AuthenTec's Opening Claim Construction Brief | February 13, 2009 | February 20, 2009 |
| Date for Defendant Atrua's Responsive Claim Construction Brief | February 27, 2009 | March 6, 2009 |
| Date for AuthenTec's Responsive Claim Construction Brief | March 13, 2009 | March 20, 2009 |

**HOWREY LLP**

Case No.  C 08-1423 PJH (WDB)
STIPULATION & [PROPOSED] ORDER EXTENDING
CLAIM CONSTRUCTION BRIEFING SCHEDULE
DM_US:21876066_1

1  The foregoing schedule modifications will not affect any other dates set forth in the Clerk's
2  Notice filed January 6, 2009 (Dkt. No. 94).

3  Dated: February 6, 2009                Respectfully submitted,

4                                         HOWREY LLP

6                                         By:  _____/s/ Denise M. De Mory_____
7                                                   Denise M. De Mory
                                               Attorneys for Plaintiff
8                                              AUTHENTEC, INC.

9  Dated: February 6, 2009                GREENBERG TRAURIG

11                                        By:  _____/s/ Mark L. Hogge_____
12                                                  Mark L. Hogge
                                               Attorneys for Defendant
13                                             ATRUA TECHNOLOGIES, INC.

14
        PURSUANT TO STIPULATION, IT IS SO ORDERED.
15

16
   Dated: __February 9_____, 2009
17
                                          _____
18                                              Hon. Phyllis J. Hamilton
                                                United States District Court Judge
19

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton

HOWREY LLP

Case No.  C 08-1423 PJH (WDB)                -2-
STIPULATION & [PROPOSED] ORDER EXTENDING
CLAIM CONSTRUCTION BRIEFING SCHEDULE
DM_US:21876066_1