**CHAMBERS COPY-DO NOT FILE**

1  MARK L. HOGGE (*Pro Hac Vice*)
   hoggem@gtlaw.com
2  SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
   maheshwaris@gtlaw.com
3  GREENBERG TRAURIG, LLP
   2101 L Street, N.W., Suite 1000
4  Washington, D.C. 20037
   Telephone: (202) 331-3100
5  Facsimile: (202) 331-3101

6  J. JAMES LI (SBN 202855)
   lij@gtlaw.com
7  DAVID PEREZ (SBN 238136)
   perezdj@gtlaw.com
8  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
9  East Palo Alto, California 94303
   Telephone: (650) 328-8500
10 Facsimile: (650) 328-8508

11 Attorneys for Defendant,
   ATRUA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation<br><br>Defendant(s).<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation<br><br>Counterclaimant<br><br>vs.<br><br>AUTHENTEC, INC., a Delaware Corporation,<br><br>Counterdefendants. | Case No. C08-01423 PJH (WDB)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT ATRUA TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO CIVIL L.R. 79-5(d)** |

Case No. C08-01423 PJH (WDB)
[PROPOSED] ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT ATRUA TECHNOLOGIES, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO CIVIL L.R. 79-5(d)
371788250v1

1   Upon consideration of all papers filed and all arguments presented with respect to Defendant
2   and Counterclaimant Atrua Technologies, Inc.'s ("Atrua") Administrative Motion to File Under Seal,
3   Pursuant to Civil L.R. 79-5(d), and good cause appearing therefore,
4   IT IS HEREBY ORDERED that:
5       1.   The Administrative Motion to File Under Seal, Pursuant to Civil Local Rule 79-5(d) is
6   <u>conditionally</u> GRANTED;
7       2.   Exhibits B to the Perez Decl. shall be filed <u>conditionally</u> under seal; and
8       3.   Pursuant to Civil L.R. 79-5(d), AuthenTec is hereby ordered, by February 27, 2009, to
9   file with the Court and serve a declaration establishing that Exhibit B is sealable, and lodge and serve
10  a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If
11  AuthenTec does not file the responsive declaration, Exhibit B will be made part of the public record.
12  **IT IS SO ORDERED.**

14  DATED: 2/24, 2009    _____
15                       MAGISTRATE JUDGE BRAZIL