J. JAMES LI (SBN 202855)
lij@gtlaw.com
DAVID J. PEREZ (SBN 238136)
perezdj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, CA 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

MARK L. HOGGE (*Pro Hac Vice*)
hoggem@gtlaw.com
SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
maheshwaris@gtlaw.com
GREENBERG TRAURIG, LLP
2101 L Street, N. W., Suite 1000
Washington, D.C. 20037
Telephone: (202) 331-3100
Facsimile: (202) 331-3101


Attorneys for Defendant and Counterclaimant
ATRUA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware Corporation,<br><br>Plaintiff;<br><br>v.<br><br>ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Defendant. | Case No.   C 08-1423 PJH<br><br>**STIPULATION AND [P~~ROPOSE~~D] ORDER EXTENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE AND DEMONSTRATIVE SLIDES**<br><br>Judge:  Hon. Phyllis J. Hamilton |
| ATRUA TECHNOLOGIES, INC., a California Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>AUTHENTEC, INC., a Delaware Corporation,<br><br>CounterDefendant | |

The parties hereby submit this Stipulation Extending the Claim Construction Briefing Schedule and submission of Demonstrative Slides due to the fact that Plaintiff filed a Corrected Opening Claim Construction brief on February 23, 2009.  *See* Dkt No.150.

The parties also jointly agree to re-set the due date of the demonstrative slides in accordance with the new tutorial/hearing schedule so that the date does not interfere with the ongoing briefing.  In the original schedule by the Court, demonstrative slides were due two days before the original tutorial date.  When the tutorial date was moved by the Court, the due date for demonstrative slides, which appeared only in a minute order, was not changed.  The stipulated date is in accord with the schedule originally set by the Court.

IT IS HEREBY STIPULATED by and between Plaintiff AuthenTec, Inc., and Defendant Atrua Technologies, Inc., that this schedule is modified as follows:

| EVENT | PRIOR SCHEDULE | MODIFIED SCHEDULE |
|---|---|---|
| Date for Defendant Atrua's Responsive Claim Construction Brief | March 6, 2009 | March 9, 2009 |
| Date for AuthenTec's Responsive Claim Construction Brief | March 20, 2009 | March 23, 2009 |
| Due date for demonstratives slides | March 18, 2009 | April 8, 2009 |

The following schedule modifications will not affect any other dates set forth in the Clerk's Notice filed on January 6, 2009 (Dkt. No. 94).

Dated:  March 4, 2009

Respectfully submitted,

GREENBERG TRAURIG, LLP

By:  _____*/s/ Shailendra K. Maheshwari*_____
      Shailendra K. Maheshwari
      Attorneys for
      ATRUA TECHNOLOGIES, INC.

Dated:  March 4, 2009

HOWREY LLP

_____*/s/ Denise M. De Mory*_____
Denise M. De Mory
Attorneys for
AUTHENTEC, INC.

1                                                           Case No. C 08-1423 PJH
STIPULATION & [PROPOSED] ORDER EXTENDING CLAIM CONSTRUCTION BRIEFING SCHEDULE

1 PURSUANT TO STIPULATION, IT IS SO ORDERED.

2 Dated: __March 6_____, 2009

3
4 _____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**CERTIFICATION BY DENISE M. DE MORY PURSUANT TO GENERAL RULE NO. 45, SECTION X. RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and am a partner in the law firm of Howrey LLP, counsel for plaintiff AuthenTec, Inc. The statements herein are made on my personal knowledge, and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct on March 4, 2009.

*/s/Denise M. De Mory*
Denise M. De Mory