1  J. JAMES LI (SBN 202855)
   *lij@gtlaw.com*
2  DAVID J. PEREZ (SBN  238136)
   *perezdj@gtlaw.com*
3  GREENBERG TRAURIG, LLP
   1900 University Avenue, Fifth Floor
4  East Palo Alto,  CA  94303
   Telephone: (650) 328-8500
5  Facsimile: (650) 328-8508

6
   MARK L. HOGGE (*Pro Hac Vice*)
7  *hoggem@gtlaw.com*
   SHAILENDRA K. MAHESHWARI (*Pro Hac Vice*)
8  *maheshwaris@gtlaw.com*
   GREENBERG TRAURIG, LLP
9  2101 L Street, N. W., Suite 1000
   Washington,  D.C.  20037
10 Telephone: (202) 331-3100
   Facsimile:  (202) 331-3101

11

12 Attorneys for Defendant and Counterclaimant
   ATRUA TECHNOLOGIES, INC.
13

14         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

15                              SAN FRANCISCO DIVISION

16

17 AUTHENTEC, INC., a Delaware Corporation,       Case No.   C 08-1423 PJH (WDB)

18              Plaintiff,                        **STIPULATION AND [~~PROPOSED~~] ORDER
                                                  EXTENDING THE DUE DATES FOR
19 v.                                             LODGING AND EXCHANGE OF
                                                  DEMONSTRATIVE SLIDES**  AS MODIFIED
20 ATRUA TECHNOLOGIES, INC., a California          BY THE COURT
   Corporation,                                   Judge:  Hon. Phyllis J. Hamilton
21
              Defendant.
22
   ATRUA TECHNOLOGIES, INC., a California
23 Corporation,

24              Counterclaimant,

25 v.

   AUTHENTEC, INC., a Delaware Corporation,
26              CounterDefendant

27

28

                                                            Case No. C 08-1423 PJH (WDB)

1    The parties hereby submit this Stipulation Extending the Due Dates of Demonstrative Slides

2    due to the hearing dates being rescheduled as reflected in the Clerk's Notice dated March 31, 2009

3    (Dkt. No. 226).  IT IS HEREBY STIPULATED by and between Plaintiff AuthenTec, Inc., and

4    Defendant Atrua Technologies, Inc., that this schedule is modified as follows:

5

6

| EVENT | PRIOR SCHEDULE | MODIFIED SCHEDULE |
|---|---|---|
| Lodge and Exchange Tutorial slides | April 8, 2009 | April 13, 2009 |
| Lodge and Exchange *Markman* slides | April 8, 2009 | May ~~22~~, 2009 15 |

9

10                                                Respectfully submitted,

11

12    Dated:  April 3, 2009              GREENBERG TRAURIG, LLP

13                                        By:_____/s/ *J. James Li*_____
                                              J. James Li

14                                            Attorneys for
                                              ATRUA TECHNOLOGIES, INC.

15

      Dated:  April 3, 2009              GREENBERG TRAURIG, LLP

16

17                                        By:_____/s/ *Denise De Mory*_____
                                              Denise De Mory

18                                            Attorneys for
                                              AUTHENTEC, INC.

19

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22    Dated: _April 6_____, 2009      _____
                                          Hon. Phyllis
                                          United State

23



24

25

26

27

28

STIPULATION & [PROPOSED] ORDER EXTENDING DUE DATES FOR LODGING AND EXCHANGING SLIDES
*371810580v1*