Henry C. Bunsow (SBN 60707)
bunsowh@howrey.com
Denise M. De Mory (SBN 168076)
demoryd@howrey.com
Matthew F. Greinert (SBN 239492)
greinertm@howrey.com
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Elizabeth Hoult Fontaine (SBN 207557)
fontainee@howrey.com
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, California 92614
Telephone: (949) 721-6900
Facsimile: (949) 721-6910

Attorneys for Plaintiff
AUTHENTEC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AuthenTec, Inc., a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>Atrua Technologies, Inc., a California corporation,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:08-CV-1423 PJH (WDB)<br><br>**[PROPOSED] ORDER REGARDING EQUIPMENT FOR PATENT TUTORIAL HEARING**<br><br>Judge:   Hon. Phyllis J. Hamilton<br><br>Date:    April 18, 2009<br>Time:    9:00 a.m.<br>Ctrm:    Courtroom 5, 17th Floor |

IT IS HEREBY ORDERED that on the morning of Thursday, April 18, 2009, Plaintiff AuthenTec, Inc. ("AuthenTec') and Defendant Atrua Technologies, Inc. ("Atrua") by and through their respective counsel of record, may bring into the Federal Courthouse in San Francisco, California located at 450 Golden Gate Avenue, San Francisco, California 94102, and into the courtroom of the Hon. Phyllis J. Hamilton, certain equipment and materials for the purpose of facilitating the conduct of the patent tutorial hearing. The equipment and materials will include the following:

1. Laptop computers
2. A projector
3. A projection screen
4. Laser pointers
5. An Identix optical fingerprint sensor
6. An AuthenTec Technology Evaluation Kit
7. AuthenTec and Atrua fingerprint sensors

Court staff, including assistant U.S. Marshals on duty at the time, is directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

IT IS SO ORDERED.

Dated: April 15, 2009

_____
HON. PHYLLIS J. HAMILTON
JUDGE, U.S. DISTRICT COURT

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*