UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AUTHEN TEC, INC.,

    Plaintiff,

    v.

ATRUA TECHNOLOGIES, INC.,

    Defendant.

_____/

No. C 08-1423 PJH

**ORDER**

Plaintiff AuthenTec, Inc. has filed a motion seeking an order staying the above-entitled action for 60 days.  The court is inclined to grant the motion, but first wishes to provide defendant Atrua Technologies, Inc. with an opportunity to respond.  Accordingly, no later than 2:00 p.m. on Thursday, May 14, 2009, Atrua shall file a written statement setting forth its position with regard to AuthenTec's request for a stay.

**IT IS SO ORDERED.**

Dated: May 13, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge