UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTHEN TEC, INC., | No. C 08-1423 PJH (WDB) |
| Plaintiff<br>v. | ORDER VACATING HEARINGS ON DISCOVERY MOTIONS |
| ATRUA TECHNOLOGIES, Inc. | |
| Defendant.<br>_____/ | |

    Pursuant to District Judge Hamilton's minute order dated May 14, 2009, granting Plaintiff's request for brief stay of the proceedings, the hearings on Plaintiff's motions to compel (docket nos. 251 and 260) are VACATED.  If and when the stay is lifted, Plaintiff must call the Undersigned's law clerk to secure a new hearing date and time for the motions to compel, if necessary, then re-notice the motion(s).

    IT IS SO ORDERED.

Dated: May 15, 2009

_____
WAYNE D. BRAZIL
United States Magistrate Judge

1