UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUTHENTEC, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>ATRUA TECHNOLOGIES, INC., a California corporation,<br><br>    Defendant. | Case No. 3:08-CV-1423 PJH (WDB)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Judge:  Hon. Phyllis J. Hamilton |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Fed. R. Civ. P. 41, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All of AuthenTec's claims in Case No. 3:08-CV-1423 PJH (WDB) are hereby dismissed without prejudice.

2. All of Atrua's counterclaims in Case No. 3:08-CV-1423 PJH (WDB) are hereby dismissed with prejudice.

3. Each party shall bear its own costs and expenses.

4. The clerk is directed to close the file in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: July __15_, 2009

                                                  _____<br>
                                                  Hon. Phyllis J. Hamilton<br>
                                                  United States District Court Judge